IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JIBRAIL MALIK MUHAMMAD,** )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>**JAMES H. CARTER, SR.,** )<br>    Defendant. ) | **CIVIL ACTION 12-119-KD-M** |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED with prejudice**, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as frivolous.

**DONE** and **ORDERED** this the **13**th day of **March 2012**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**